**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORLANDO COLEMAN, | ) Case No.: 1:22-cv-00303-SAB (PC) |
|        Plaintiff, | ) |
|   v. | ) ORDER TO SHOW CAUSE WHY ACTION<br>) SHOULD NOT BE DISMISSED |
| UNKNOWN, | ) |
|        Defendant. | ) (ECF No. 7) |
| | ) |

Plaintiff Orlando Coleman is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 16, 2022, the Court ordered Plaintiff to submit a complete application to proceed in forma pauperis or pay the $402.00 filing fee within forty-five days.  (ECF No.7.)  Plaintiff has not complied with the Court's order and the time to do so has now passed.  Accordingly, it is HEREBY ORDERED that within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why the action should not be dismissed, without prejudice.  The failure to comply with this order will result in dismissal of the action.

IT IS SO ORDERED.

Dated:   **May 9, 2022**

_____
UNITED STATES MAGISTRATE JUDGE